Nos. 605 y 606. — MANRIQUE, RECURRENTE *v.* REGISTRADOR DE GUAYAMA, RECURRIDO.—Feb. 26, 1925.  Revocadas las notas por los fundamentos del caso No. 604 *Manrique* v. *Registrador de Guayama,* de febrero 26, 1925, (pág. 821) en cuanto consignan como defecto subsanable la manera en que fueron publicados los edictos para la subasta judicial.